# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Harshdeep Singh Multani, | Case No. 2:25-cv-02284-CDS-EJY |
| Petitioner | **Order Granting in Part Respondents' Motion to Extend Time and Setting Hearing** |
| v. | |
| Pamela Bondi, et al., | [ECF No. 12] |
| Respondents | |

The respondents filed their first motion to extend time, seeking a 21-day extension to respond to Harshdeep Multani's petition for writ of habeas corpus. ECF No. 12. The respondents assert there is good cause for an extension because they need time to review recently received files to prepare a response to the petition. *Id.* The motion notes that Multani objects to the requested extension. *Id.* Title 28, United States Code, Section 2241 requires that petitions for writ of habeas corpus be promptly addressed. Because the respondents have received the relevant records and the petitioner has been in custody since April 2025, a response needs to be filed in less than 21 days. So the respondents' motion to extend time **[ECF No. 12] is granted in part**. Any response to the petition must be filed by January 2, 2026. Further, to aid the court in resolution of the petition, and in the interest of justice, the parties must appear for a hearing on January 7, 2026, at 2:00 p.m. in LV Courtroom 6B.

Dated: December 23, 2025

_____
Cristina D. Silva
United States District Judge