# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Harshdeep Singh Multani, | Case No. 2:25-cv-02284-CDS-EJY |
| Petitioner | **Order Denying the Petitioner's Writ of Habeas Corpus** |
| v. | |
| Pamela Bondi, et al., | [ECF No. 6] |
| Respondents | |

On February 9, 2026, I held a status conference on Harshdeep Multani's petition for writ of habeas corpus. Mins., ECF No. 26. During the hearing, the respondents informed the court that Multani was removed from the United States and deported to India on February 8, 2026. Consequently, I deny the petition without prejudice as moot.

IT IS HEREBY ORDERED that the Multani's petition for writ of habeas corpus [ECF No. 6] is DENIED without prejudice as moot.

The Clerk of the Court is kindly directed to close this case.

Dated: February 9, 2026

_____
Cristina D. Silva
United States District Judge